UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANITA LEE,

         Plaintiff,

v.

SULAMAN JAVAID,

         Defendant.

Case No. 23-cv-03267-HSG

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RE SUA SPONTE REMAND**

**RE: DKT. NO. 4**

    The Court has reviewed Magistrate Judge Spero's Report and Recommendation Re Sua Sponte Remand. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

    IT IS HEREBY ORDERED that the Clerk is directed to remand this case sua sponte to the Superior Court of California for the County of Alameda and close the file.

    **IT IS SO ORDERED.**

Dated: July 21, 2023

*[signature]*
HAYWOOD S. GILLIAM, JR.
United States District Judge